```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SALLY GROS VEDROS, et al. | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | |
| | : | Transferred from the Eastern |
| v. | : | District of Louisiana |
| | : | (Case No. 11-1198) |
| | : | |
| NORTHROP GRUMMAN SHIPBUILDING, | : | |
| Inc., et al. | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:11-67281-ER |
| Defendants | : | |

### O R D E R

**AND NOW**, this **1st** day of **August, 2012**, it is hereby **ORDERED** that Plaintiffs' Motion to Set a Hearing for the Second Motion to Remand (ECF No. 11) and re-filed Second Motion to Remand and Motion to Strike Affidavits (ECF No. 22) are **DENIED**.

It is further **ORDERED** that the following motions[1] shall be **TERMINATED** as moot:

(1) Plaintiffs' Motion for Leave to Reply (ECF No. 29)

(2) Defendants' Motion for Leave to File Opposition to Plaintiffs' Improper Motion to Strike (ECF No. 28)

(3) Plaintiffs' Motion for Leave to File Motion to Remand & Motion to Strike (ECF No. 30)

(4) Plaintiffs' Motion for Leave to File Supplemental Memorandum (ECF No. 36)

---

[1] The substance of these motions were considered in the disposition of Plaintiffs' Second Motion to Remand.

    (5)    Defendants' Motion for Leave to File Reply (ECF No. 46).

**AND IT IS SO ORDERED.**

                                        <u>**s/Eduardo C. Robreno**</u>

                                        **EDUARDO C. ROBRENO, J.**